|   |   |
|---|---|
| Benjamin I. VandenBerghe, WSBA #35477<br>Christopher M. Reed, WSBA #49716<br>Montgomery Purdue PLLC<br>5500 Columbia Center<br>701 Fifth Avenue<br>Seattle, WA  98104-7096<br>Telephone:  206-682-7090<br>Fax:  206-625-9534<br>E-Mail:  biv@montgomerypurdue.com<br>           creed@montgomerypurdue.com<br><br>*Counsel for Defendant Trans Union, LLC* | Judge |

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON (SEATTLE)

| | |
|---|---|
| JERRI & LEE RICHARDSON,<br>    Plaintiffs,<br><br>    vs.<br><br>PLANET HOME LENDING, LLC, a Delaware Corporation; TRANS UNION LLC, a Delaware Limited Liability Company; EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio Corporation; and EQUIFAX INFORMATION SERVICES LLC, a Georgia Limited Liability Company;<br>    Defendants. | CASE NO.<br><br>**TRANS UNION, LLC'S NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Trans Union, LLC ("Trans Union") hereby removes the subject action from the Snohomish County Superior Court, State of Washington to the United States District Court for the Western District of Washington (Seattle), on the following grounds:

1. Plaintiffs Jerri and Lee Richardson served Trans Union on or about September 30, 2021, with a Summons and Complaint, to be filed in the Snohomish County Superior Court, State

TRANS UNION, LLC'S NOTICE OF REMOVAL
- 1
(CASE NO.)
{13288/115/02660821-2}

**MONTGOMERY PURDUE PLLC**
ATTORNEYS AT LAW
5500 COLUMBIA CENTER
701 FIFTH AVENUE
SEATTLE, WA  98104-7096
(206) 682-7090 TEL
(206) 625-9534 FAX

of Washington.  Copies of the Summons and Complaint are attached hereto as **Exhibit A** and **Exhibit B**.

2. In the Complaint, Plaintiffs make claims against Trans Union under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (the "FCRA").  See Complaint ¶¶ 1.1, 2.2, 2.6-2.8, 3.2, 5.1-6.6.

3. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question.  As alleged, this suit falls within the FCRA which thus supplies this federal question.

4. Pursuant to 28 U.S.C. § 1441, *et seq.*, this cause may be removed from the Snohomish County Superior Court, State of Washington to the United States District Court for the Western District of Washington.

5. Counsel for Trans Union has contacted counsel and/or corporate representatives for the Defendants Equifax Information Services, LLC ("Equifax"), and Experian Information Solutions, Inc. ("Experian").  Equifax and Experian have consented to this removal as evidenced by the consents attached hereto as **Exhibit C** and **Exhibit D**, respectively.  Counsel for Trans Union has also made exhaustive efforts to contact counsel and/or a corporate representative for Defendant Planet Home Lending, LLC and, at this time, Trans Union has no indication that Planet Home Lending, LLC has been served.

6. Notice of this removal will promptly be filed with the Snohomish County Superior Court, State of Washington if the action is filed and served upon all adverse parties.

WHEREFORE, Defendant Trans Union, LLC, by counsel, removes the subject action from the Snohomish County Superior Court, State of Washington to this United States District Court, Western District of Washington.

TRANS UNION, LLC'S NOTICE OF REMOVAL - 2
(CASE NO.)
{13288/115/02660821-2}

MONTGOMERY PURDUE PLLC
ATTORNEYS AT LAW
5500 COLUMBIA CENTER
701 FIFTH AVENUE
SEATTLE, WA  98104-7096
(206) 682-7090 TEL
(206) 625-9534 FAX

1

2          Respectfully submitted,

3          MONTGOMERY PURDUE PLLC

4

5          *s/      Benjamin I. VandenBerghe*
           Benjamin I. VandenBerghe
6           WA State Bar No. 35477
           701 Fifth Avenue, Suite 5500
7          Seattle, WA 98104
           Phone: 206-682-7090
8          Email: biv@montgomerypurdue.com

9
           *Counsel for Defendant Trans Union, LLC*
10

11
           Respectfully submitted,
12
           MONTGOMERY PURDUE PLLC
13

14
           *s/      Christopher M. Reed*
15         Christopher M. Reed
            WA State Bar No. 49716
16         701 Fifth Avenue, Suite 5500
           Seattle, WA 98104
17         Phone: 206-682-7090
           Email: creed@montgomerypurdue.com
18
           *Counsel for Defendant Trans Union, LLC*
19

20

21

22

23

24

25

26

**TRANS UNION, LLC'S NOTICE OF REMOVAL - 3**
**(CASE NO.)**
{13288/115/02660821-2}

**MONTGOMERY PURDUE PLLC**
ATTORNEYS AT LAW
5500 COLUMBIA CENTER
701 FIFTH AVENUE
SEATTLE, WA 98104-7096
(206) 682-7090 TEL
(206) 625-9534 FAX

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **19th day of October, 2021**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| **for Plaintiffs Jerri and Lee Richardson**<br>SaraEllen Hutchison, Esq.<br>Law Office of SaraEllen Hutchison, PLLC<br>539 Broadway<br>Tacoma, WA  98402 | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **19th day of October, 2021**, properly addressed as follows:

| **for Plaintiffs Jerri and Lee Richardson**<br>SaraEllen Hutchison, Esq.<br>Law Office of SaraEllen Hutchison, PLLC<br>539 Broadway<br>Tacoma, WA  98402 | |
|---|---|

*s/     Christopher M. Reed*
Christopher M. Reed, Esq.
WA State Bar No. 49716

*Counsel for Defendant Trans Union, LLC*

TRANS UNION, LLC'S NOTICE OF REMOVAL - 4
(CASE NO.)
{13288/115/02660821-2}

MONTGOMERY PURDUE PLLC
ATTORNEYS AT LAW
5500 COLUMBIA CENTER
701 FIFTH AVENUE
SEATTLE, WA  98104-7096
(206) 682-7090 TEL
(206) 625-9534 FAX