1

2

3

4

5

Honorable James L. Robart

6

7

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

8   JERRI & LEE RICHARDSON,

9                    Plaintiff,

10            v.

11   PLANET HOME LENDING, LLC, a
     Delaware Corporation; TRANS UNION LLC,
12   a Delaware Limited Liability Company;
     EXPERIAN INFORMATION SOLUTIONS,
13   INC., an Ohio Corporation; and EQUIFAX
     INFORMATION SERVICES LLC, a Georgia
14   Limited Liability Company,

15                    Defendants.

16

No. 2:21-cv-01428-JLR

DEFENDANT EQUIFAX
INFORMATION SERVICES LLC'S
UNOPPOSED MOTION FOR RELIEF
FROM DEADLINE TO ANSWER OR
OTHERWISE RESPOND TO
PLAINTIFF'S COMPLAINT

**NOTE ON MOTION CALENDAR:**
**October 25, 2021**

17        Defendant Equifax Information Services LLC ("Equifax"), by their attorneys and pursuant

18   to Local Rules 7 and 10 of the Western District of Washington, hereby submits this Unopposed

19   Motion for Relief from Deadline to Answer or Otherwise Respond to Plaintiff's Complaint. In

20   support of its motion, Equifax states as follows:

21        1.     On September 30, 2021, Plaintiffs Jerri and Lee Richardson served Equifax with a

22   Summons and Complaint to be filed in the Snohomish County Superior Court, State of Washington.

23        2.     On October 19, 2021, Defendant Trans Union, LLC filed its Notice of Removal

24   (ECF No. 1).

25        3.     Pursuant to Rules 12 and 81(c)(2) of the Federal Rules of Civil Procedure,

26   Equifax's responsive pleading is currently due on or before October 26, 2021.

EQUIFAX'S UNOPPOSED MOTION FOR EXTENSION - 1
(No. 2:21-cv-01428-JLR)
76128155v.1

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, WA 98104-4041
(206) 946-4910

4.     On October 7, 2021, counsel for Equifax conferred with Plaintiff's counsel to confirm that Plaintiff had no objection to extending Equifax's deadline to answer or respond to Plaintiff's Complaint in the removed action to November 19, 2021. Plaintiff's counsel confirmed that Plaintiff consents to Equifax's requested extension.

5.     Thus, to allow Equifax additional time to investigate Plaintiff's allegations, Equifax respectfully requests an extension of time to answer or respond to Plaintiff's Complaint through and including November 19, 2021.

6.     This motion is filed before Equifax's response to Plaintiff's Complaint is due. Equifax's request is not sought for the purpose of delay, nor will the additional time adversely affect the just, speedy, and inexpensive determination of this action. *See* Fed. R. Civ. P. 1.

7.     This motion is filed in good faith and is supported by good cause.

WHEREFORE, Equifax respectfully requests the Court to issue an Order extending the time for Equifax to answer or otherwise respond to Plaintiff's Complaint through and including November 19, 2021.

DATED:  October 25, 2021                    Respectfully submitted,

                                            SEYFARTH SHAW LLP


                                            By:    *s/ Andrew R. Escobar*
                                            Andrew R. Escobar, WSBA No. 42793
                                            SEYFARTH SHAW LLP
                                            999 Third Avenue, Suite 4700
                                            Seattle, Washington 98104
                                            Tel: (206) 946-4910
                                            Email: aescobar@seyfarth.com

                                            *Counsel for Defendant*
                                            *Equifax Information Services LLC*

EQUIFAX'S UNOPPOSED MOTION FOR EXTENSION - 2
(No. 2:21-cv-01428-JLR)
76128155v.1

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, WA  98104-4041
(206) 946-4910

1    IT IS SO ORDERED.

2    Dated this 25th day of October, 2021.

3

4

5    _____

6    THE HONORABLE JAMES L. ROBART
     UNITED STATES DISTRICT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

EQUIFAX'S UNOPPOSED MOTION FOR EXTENSION - 3
(No. 2:21-cv-01428-JLR)
76128155v.1