Alexander A. Fay, Esq. (Admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Facsimile:  (317) 363-2257
E-Mail:  afay@schuckitlaw.com

Judge James L. Robart

*Lead Counsel for Defendant Trans Union, LLC*

Benjamin I. VandenBerghe, Esq., WSBA #35477
Christopher M. Reed, Esq., WSBA #49716
Montgomery Purdue Blankinship & Austin PLLC
5500 Columbia Center
701 Fifth Avenue
Seattle, WA  98104-7096
Telephone:  206-682-7090
Fax:  206-625-9534
E-Mail:  biv@montgomerypurdue.com
         creed@montgomerypurdue.com

*Local Counsel for Defendant Trans Union, LLC*

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON (SEATTLE)**

| | |
|---|---|
| JERRI & LEE RICHARDSON,<br>    Plaintiffs,<br><br>    vs.<br><br>PLANET HOME LENDING, LLC, a Delaware Corporation; TRANS UNION LLC, a Delaware Limited Liability Company; EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio Corporation; and EQUIFAX INFORMATION SERVICES LLC, a Georgia Limited Liability Company;<br>    Defendants. | CASE NO. 2:21-cv-01428-JLR<br><br>**NOTICE OF WITHDRAWAL OF *PRO HAC VICE* ADMISSION OF ALEXANDER A. FAY** |

**NOTICE OF WITHDRAWAL - 1**
**2:21-cv-01428-JLR**

**SCHUCKIT & ASSOCIATES, P.C.**
4545 NORTHWESTERN DRIVE
ZIONSVILLE, IN  46077
(317) 363-2400 TEL
(317) 363-2257 FAX

Comes now Alexander A. Fay and hereby notifies this Court of the withdrawal of his *pro hac vice* admission for Defendant Trans Union, LLC.  Pursuant to LCR 83.2(b)(2), Trans Union, LLC will continue to be represented in this matter by Kari A. Morrigan, Esq. of the law firm of Schuckit & Associates, P.C. and Benjamin VandenBerghe, Esq. and Christopher M. Reed of the law firm of Montgomery Purdue Blankinship & Austin, PLLC.

    Respectfully submitted,

    SCHUCKIT & ASSOCIATES, P.C.

    *s/ Alexander A. Fay*
    Alexander A. Fay, Esq.
     (admitted *Pro Hac Vice*)

    *Counsel for Defendant Trans Union, LLC*

    Benjamin I. VandenBerghe, Esq.
     WA State Bar No. 35477
    Christopher M. Reed, Esq.
     WA State Bar No. 49716

    *Local Counsel for Defendant Trans Union, LLC*

**NOTICE OF WITHDRAWAL - 2**
2:21-cv-01428-JLR

**SCHUCKIT & ASSOCIATES, P.C.**
4545 NORTHWESTERN DRIVE
ZIONSVILLE, IN  46077
(317) 363-2400 TEL
(317) 363-2257 FAX

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **16th day of November, 2021**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| SaraEllen Hutchison, Esq. | Angela M. Taylor, Esq. |
|---|---|
| saraellen@sarellenhutchison.com | angelataylor@jonesday.com |
| Rachel Groshong, Esq. | Kari A. Morrigan, Esq. |
| Rachel.groshong@stoel.com | kmorrigan@schuckitlaw.com |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **16th day of November, 2021**, properly addressed as follows:

| None. | |
|---|---|

*s/ Alexander A. Fay*
Alexander A. Fay, Esq.
  (admitted *Pro Hac Vice*)

*Lead Counsel for Defendant Trans Union, LLC*

**NOTICE OF WITHDRAWAL - 3**
**2:21-cv-01428-JLR**

**SCHUCKIT & ASSOCIATES, P.C.**
4545 NORTHWESTERN DRIVE
ZIONSVILLE, IN 46077
(317) 363-2400 TEL
(317) 363-2257 FAX