1    SaraEllen Hutchison (WSBA # 36137)          THE HONORABLE JUDGE ROBART
     LAW OFFICE OF SARAELLEN HUTCHISON, PLLC
2    539 Broadway
     Tacoma, WA 98402
3    Telephone:    206-529-5195
     Facsimile:     253-302-8486
4    Email: saraellen@saraellenhutchison.com
5
     *Attorney for Plaintiff*
6

7
                       **UNITED STATES DISTRICT COURT**
8            **WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

9    JERRI & LEE RICHARDSON,          NO.  2:21-cv-01428-JLR

10             Plaintiffs,      STIPULATION TO DISMISS
                           EQUIFAX INFORMATION
11       v.               SERVICES LLC

12    PLANET HOME LENDING, LLC, a
     Delaware Corporation, TRANS UNION
13    LLC, a Delaware Limited Liability
     Company, EXPERIAN INFORMATION
14    SOLUTIONS, INC., an Ohio Corporation,
     and EQUIFAX INFORMATION
15    SERVICES LLC, a Georgia Limited
     Liability Company,
16

17             Defendants.

18

19        Plaintiffs, JERRI & LEE RICHARDSON, by counsel, and Defendant EQUIFAX

20   INFORMATION SERVICES LLC ("Equifax"), by counsel, hereby stipulate and agree that all

21   matters herein between them that were made or could have been made have been compromised

22   and settled, and that Plaintiffs' cause of action against Equifax be dismissed, with prejudice,

23   with each party to bear its own costs and attorney's fees.

24

25
     STIPULATION AND ORDER OF          1            Law Office of SaraEllen Hutchison, PLLC
26    DISMISSAL OF EQUIFAX                     539 Broadway | Tacoma, WA 98402
     2:21-CV-01428-JLR                   Ph (206) 529-5195 | Fax (253) 302-8486
                                    saraellen@saraellenhutchison.com

Respectfully submitted,

Date <u>March 24, 2022</u>          <u>S//SaraEllen Hutchison</u>
                                   SARAELLEN HUTCHISON (WSBA #36137)
                                   LAW OFFICE OF SARAELLEN HUTCHISON, PLLC
                                   539 Broadway
                                   Tacoma, WA 98402
                                   Telephone: (206) 529-5195 Facsimile: (253) 302-8486
                                   Email: saraellen@saraellenhutchison.com

                                   *Attorney for Plaintiffs*

Date: <u>March 24, 2022</u>         <u>S//Andrew Escobar</u>
                                   Andrew Escobar (Bar No. 42793)
                                   aescobar@seyfarth.com SEYFARTH SHAW LLP
                                   999 Third Avenue
                                   Suite 4700
                                   Seattle, WA 98104-3100
                                   Telephone: (206) 946-4910
                                   *Attorney for Defendant Equifax*

IT IS SO ORDERED.

Dated this 24th day of March, 2022.

_____
JAMES L. ROBART
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury under the laws of the State of Washington that on <u>March 24, 2022</u> I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all registered CM/ECF participants in this case.

STIPULATION AND ORDER OF                    2          Law Office of SaraEllen Hutchison, PLLC
DISMISSAL OF EQUIFAX                                            539 Broadway | Tacoma, WA 98402
2:21-CV-01428-JLR                                             Ph (206) 529-5195 | Fax (253) 302-8486
                                                                 saraellen@saraellenhutchison.com

1   Dated March 24, 2022, at Tacoma, Washington.

2                                                    S//SaraEllen Hutchison
                                                     SaraEllen Hutchison (WSBA No. 36137)
3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26
     STIPULATION AND ORDER OF                    3            Law Office of SaraEllen Hutchison, PLLC
     DISMISSAL EQUIFAX                                                539 Broadway | Tacoma, WA 98402
     2:20-cv-00762-JCC-DWC                                       Ph (206) 529-5195 | Fax (253) 302-8486
                                                                      saraellen@saraellenhutchison.com