```
SaraEllen Hutchison (WSBA # 36137)            THE HONORABLE JUDGE ROBART
LAW OFFICE OF SARAELLEN HUTCHISON, PLLC
705 S. 9th St., Ste. 104
Tacoma, WA 98405
Telephone:    206-529-5195
Facsimile:    253-302-8486
Email: saraellen@saraellenhutchison.com
```

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JERRI & LEE RICHARDSON,<br><br>                  Plaintiffs,<br>         v.<br><br>PLANET HOME LENDING, LLC, a Delaware Corporation, et al,<br><br>                  Defendants. | NO.  2:21-cv-01428-JLR<br><br>STIPULATION TO DISMISS EXPERIAN INFORMATION SOLUTIONS, INC. |

Plaintiffs, JERRI & LEE RICHARDSON, by counsel, and Defendant EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian"), by counsel, hereby stipulate and agree that all matters herein between them that were made or could have been made have been compromised and settled, and that Plaintiffs' cause of action against Experian only be dismissed, with prejudice, with each party to bear its own costs and attorney's fees.

                              Respectfully submitted,

Date April 11, 2022            S//SaraEllen Hutchison
                               SARAELLEN HUTCHISON (WSBA #36137)
                               LAW OFFICE OF SARAELLEN HUTCHISON, PLLC
                               705 S. 9th St., Ste. 104

STIPULATION AND ORDER OF                1
DISMISSAL OF EXPERIAN
2:21-CV-01428-JLR

Tacoma, WA 98405
Telephone: (206) 529-5195 Facsimile: (253) 302-8486
Email: saraellen@saraellenhutchison.com

*Attorney for Plaintiffs*

Date: <u>April 11, 2022</u>

S//Angela Taylor
ANGELA TAYLOR (California Bar No. 210425, Admitted Pro Hac Vice)
JONES DAY
3161 Michelson Dr., Suite 800
Irvine, CA 92612
Email: angelataylor@jonesday.com

*Attorneys for Experian Information Solutions, Inc.*

IT IS SO ORDERED.

Dated this 12th day of April, 2022.

_____
JAMES L. ROBART
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington that on April 11, 2022 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all registered CM/ECF participants in this case.

Dated April 11, 2022, at Memphis, Tennessee.

S//SaraEllen Hutchison
SaraEllen Hutchison (WSBA No. 36137)

STIPULATION AND ORDER OF DISMISSAL EXPERIAN
2:21-cv-01428-JLR

2

Law Office of SaraEllen Hutchison, PLLC
705 S. 9th St., Ste. 104 | Tacoma, WA 98405
Ph (206) 529-5195 | Fax (253) 302-8486
saraellen@saraellenhutchison.com