Nicholas Ranallo, Attorney at Law (WSBA 51439)     Judge James L. Robart
5058 57th Ave. S
Seattle, WA 98118
Telephone: 831-607-9299
Fax: 831-533-5073
E-Mail: nick@ranallolawoffice.com

*Counsel for Defendant Trans Union, LLC*

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON (SEATTLE)

| | |
|---|---|
| JERRI & LEE RICHARDSON,<br>   Plaintiffs,<br><br>vs.<br><br>PLANET HOME LENDING, LLC, a Delaware Corporation; TRANS UNION LLC, a Delaware Limited Liability Company; EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio Corporation; and EQUIFAX INFORMATION SERVICES LLC, a Georgia Limited Liability Company;<br>   Defendants. | CASE NO. 2:21-cv-01428-JLR<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY**<br><br>**Noting Date: August 2, 2022** |

Plaintiffs Jerri Richardson and Lee Richardson ("Plaintiffs"), by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiffs' cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

**STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANT TRANS UNION, LLC ONLY - 1**
**2:21-cv-01428-JLR**

**NICHOLAS RANALLO, ATTORNEY AT LAW**
5058 57TH AVE. S.
SEATTLE, WA 98118
(831) 607-9299 TEL
(831) 533-5073 FAX

Respectfully submitted,

LAW OFFICE OF SARAELLEN HUTCHISON, PLLC

Date: July 27, 2022

*/s/ SaraEllen Hutchison (with consent)*
SaraEllen Hutchison, Esq.

*Counsel for Plaintiffs Jerri Richardson and Lee Richardson*

NICHOLAS RANALLO, ATTORNEY AT LAW

Date: August 2, 2022

*/s/ Nicholas Ranallo*
Nicholas Ranallo, Esq.
WA State Bar No. 51439

*Counsel for Defendant Trans Union, LLC*

---

**STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANT TRANS UNION, LLC ONLY - 2**
**2:21-cv-01428-JLR**

**NICHOLAS RANALLO, ATTORNEY AT LAW**
5058 57ᵀᴴ AVE. S.
SEATTLE, WA 98118
(831) 607-9299 TEL
(831) 533-5073 FAX

1  IT IS SO ORDERED.

2  Dated this 2nd day of August, 2022.

_____
James L. Robart
United States District Judge

**STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANT TRANS UNION, LLC ONLY - 3**
2:21-cv-01428-JLR

**NICHOLAS RANALLO, ATTORNEY AT LAW**
5058 57ᵀᴴ AVE. S.
SEATTLE, WA 98118
(831) 607-9299 TEL
(831) 533-5073 FAX

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **2nd day of August, 2022**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| SaraEllen Hutchison, Esq. saraellen@sarellenhutchison.com | Jonathan T. McCormick, III, Esq. jmccormick@wrightlegal.net |
|---|---|
| Andrew Ramiro Escobar, Esq. aescobar@seyfarth.com | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **2nd day of August, 2022**, properly addressed as follows:

| None. | |
|---|---|

                    /s/ Nicholas Ranallo
                    Nicholas Ranallo, Esq.
                     WA State Bar No. 51439

                    *Counsel for Defendant Trans Union, LLC*

**STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANT TRANS UNION, LLC ONLY - 4**
**2:21-cv-01428-JLR**

**NICHOLAS RANALLO, ATTORNEY AT LAW**
5058 57TH AVE. S.
SEATTLE, WA 98118
(831) 607-9299 TEL
(831) 533-5073 FAX