UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JERRI RICHARDSON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PLANET HOME LENDING, LLC, et al., <br><br> Defendants. | CASE NO. C21-1428JLR <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court ORDERS Plaintiffs Jerri Richardson and Lee Richardson and Defendant Planet Home Lending, LLC to file a report regarding the current status of their settlement agreement.  (*See* NOS (Dkt. # 45) (explaining that the parties have reached a settlement agreement and will file a stipulation of dismissal by May 9, 2023).)  In their report, the parties shall address whether the court may vacate their November 20, 2023 trial date.

MINUTE ORDER - 1

(*See* 12/9/21 Sched. Ord. (Dkt. # 27).)  The parties shall file their report by no later than **Tuesday, May 23, 2023**.

Filed and entered this 16th day of May, 2023.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2