1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

JERRI RICHARDSON, et al.,

CASE NO. C21-1428JLR

11

Plaintiffs,

ORDER OF DISMISSAL

v.

12

13

PLANET HOME LENDING, LLC,
et al.,

14

Defendants.

15

16

The court having been notified of the settlement of this matter and it appearing

17

that no issue remains for the court's determination:

18

IT IS ORDERED that this action and all claims asserted herein are DISMISSED

19

with prejudice and without costs to any party.

20

In the event settlement is not perfected, any party may move to reopen the case,

21

provided such motion is filed within **60** days of the date of this order. Any trial date and

22

pretrial dates previously set are hereby VACATED.

ORDER - 1

1        Dated this 17th day of May, 2023.

2

3

4                                JAMES L. ROBART
                                 United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER - 2